UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA McCLOUD, an individual<br><br>         Plaintiff,<br><br>    v.<br><br>JOSEPH A. FARROW, individually and in his official capacity as California Highway Patrol Commissioner; and DOES 1-50. Inclusive; individually,<br><br>         Defendants. | No. CIV. S-13-2404 LKK/KJN<br><br>**ORDER** |

This matter is set for status conference on February 3, 2014. Neither party has filed a status report as required by this court's November 20, 2013 order, nor have the parties requested a continuance of the status conference. Defendant has filed a motion to dismiss which is set for hearing on March 3, 2014.

Good cause appearing, IT IS HEREBY ORDERED that the initial status conference set for February 3, 2014 is reset to April 21,

1

1  2014 at 2:00 p.m.  All parties shall file status reports not
2  later than fourteen days prior to that date.  The parties are
3  reminded that sanctions may be imposed for failure to file status
4  reports as required by this order.
5
6       IT IS SO ORDERED.
7       DATED:  January 30, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT