UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA McCLOUD, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSEPH A. FARROW,<br>individually and in his<br>official capacity as<br>California Highway Patrol<br>Commissioner; and DOES 1-50,<br>inclusive; individually,<br><br>             Defendants. | No. CIV. S-13-2404 LKK/KJN<br><br><br>**ORDER** |

   Defendant has filed a motion to dismiss which is currently scheduled to be heard on March 3, 2014.  Plaintiff, who is represented by The Law Offices of John L. Burris, has filed her opposition on February 21, 2014, four (4) days late, without explanation and without requesting permission to file late.

   Accordingly, the court ORDERS as follows:

      1.   Counsel for plaintiff is ORDERED TO SHOW CAUSE in writing why it should not be sanctioned in accordance with Local Rule 110, including a fine of $150, and/or an order dismissing

1

1  the lawsuit, for its failure to respond to the dismissal motion
2  in a timely manner.  Counsel for plaintiff shall file its written
3  response to this Order To Show Cause within seven (7) calendar
4  days of the issuance of this order.
5          2.   The hearing on the motion to dismiss (ECF No. 4),
6  is CONTINUED to April 7, 2014 at 10:00 a.m.
7          3.   Defendant shall file his reply to plaintiff's
8  opposition to the motion to dismiss, if any, no later than March
9  17, 2014 at 4:30 p.m.
10      IT IS SO ORDERED.
11      DATED:  February 24, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT