UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA McCLOUD, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH A. FARROW, individually and in his official capacity as California Highway Patrol Commissioner; and DOES 1-50, inclusive; individually,<br><br>　　　　　Defendants. | No. CIV. S-13-2404 LKK/KJN<br><br><br>**ORDER** |

　　Plaintiff has filed an <u>ex parte</u> application seeking an order compelling defendant to produce a police report. Plaintiff has cited no rule, statute or case, nor any other legal basis, in support of the application. It appears to the court that this is a discovery request, and all such discovery matters have been referred to the Magistrate Judge.

　　Accordingly, the application is **DENIED** without prejudice to its renewal before the Magistrate Judge, if defendant declines to comply in a timely manner with his discovery obligations.

1

IT IS SO ORDERED.

DATED:   February 28, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2