UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA McCLOUD, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH A. FARROW, individually and in his official capacity as California Highway Patrol Commissioner; and DOES 1-50, inclusive; individually,<br><br>    Defendants. | No. CIV. S-13-2404 LKK/KJN<br><br><br><br>**ORDER** |

On February 24, 2014, this court issued an Order To Show Cause ("OSC") why plaintiff's counsel should not be sanctioned for failing to file timely papers.  Counsel has now satisfactorily explained the lapse.  Accordingly, the OSC (ECF No. 11), is hereby **DISCHARGED.**

    IT IS SO ORDERED.

    DATED:  February 27, 2014.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1