JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
SHANA McCLOUD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA McCLOUD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RUDY BRIONES, individually and in his official capacity as an officer for the California Highway Patrol; JOHN EDWARDS, individually and in his official capacity as an officer for the California Highway Patrol; and DOES 1-50, inclusive; individually,<br><br>Defendants. | Case No.: 2:13-CV-02404<br><br>**STIPULATION AND ORDER TO POSTPONE EXPERT DISCLOSURE AND CONDUCT EXPERT DISCOVERY** |

WHEREAS on June 2, 2015 the Court issued a Status Order, which set December 4, 2015 as the date for disclosure of experts, December 11, 2015 for the disclosure of rebuttal experts and supplemental disclosures;

WHEREAS the Court set February 5, 2016 as the deadline for all discovery to be completed;

WHEREAS in this matter, efficiency dictates that the disclosure of experts should occur following the depositions of defendant officers who have not yet been deposed;

WHEREAS moving the expert disclosure and cutoff dates will not change the trial date in this matter;

NOW THEREFORE BE IT STIPULATED THAT:

The Court's Status Order should be modified as follows:

Expert disclosure: January 5, 2016

Supplemental and rebuttal expert disclosure: January 12, 2016

IT IS SO STIPULATED.

Dated:  December 4, 2015           THE LAW OFFICES OF JOHN L. BURRIS


By      */s/DeWitt M. Lacy_____
     DeWitt M. Lacy
     Attorney for Plaintiff


Dated: December 4, 2015            ATTORNEY GENERAL'S OFFICE FOR THE
                                   STATE OF CALIFORNIA


By:  */s/_____
     Kevin Reager
     Attorney for Defendant
     *Mr. Reager has given his permission for
     this document to be electronically filed.

STIPULATION AND [PROPOSED] ORDER TO POSTPONE EXPERT DISCLOSURE        Case No.: 2:13-CV-02404

## **ORDER**

For good cause shown and pursuant to stipulation, the Court hereby modifies its June 2, 2015 Status Order as follows:

Last Day for Expert disclosure: January 5, 2016

Last Day for Supplemental and rebuttal expert disclosure: January 12, 2016

**IT IS SO ORDERED.**

DATED: December 4, 2015

/s/ John A. Mendez
HONORABLE JUDGE JOHN A. MENDEZ

**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

STIPULATION AND [PROPOSED] ORDER TO POSTPONE EXPERT DISCLOSURE    Case No.: 2:13-CV-02404

3