JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA McCLOUD, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RUDY BRIONES, individually and in his official capacity as an officer for the California Highway Patrol; JOHN EDWARDS, individually and in his official capacity as an officer for the California Highway Patrol; and DOES 1-50, inclusive; individually,<br><br>　　　　Defendants. | Case No.: 2:13-cv-02404-JAM-KJN<br><br>**STIPULATION AND ORDER TO POSTPONE EXPERT DISCLOSURE AND CONDUCT EXPERT DISCOVERY** |

　　　　WHEREAS on December 7, 2015 the Court ordered expert disclosure be extended to January 5, 2016 and the disclosure of rebuttal experts and supplemental disclosures January 12, 2016;

　　　　WHEREAS the Court set February 5, 2016 as the deadline for all discovery to be completed;

WHEREAS the December 18, 2015 depositions of defendants were taken off calendar due to a family emergency of defendant Edwards and rescheduled for January 7, 2016;

WHEREAS in this matter, efficiency dictates that the disclosure of experts should occur following the depositions of defendant officers who have not yet been deposed;

WHEREAS moving the expert disclosure and cutoff dates will not change the trial date in this matter;

NOW THEREFORE BE IT STIPULATED THAT:

The Court's Status Order should be modified as follows:

Expert disclosure: January 12, 2016

Supplemental and rebuttal expert disclosure: January 19, 2016

IT IS SO STIPULATED.

Dated: December 21, 2015        **THE LAW OFFICES OF JOHN L. BURRIS**

By  */s/DeWitt M. Lacy*
DeWitt M. Lacy
Attorney for Plaintiff

Dated: December 21, 2015        **ATTORNEY GENERAL'S OFFICE FOR THE STATE OF CALIFORNIA**

By: _*/s/_____
Kevin Reager
Attorney for Defendant
*Mr. Reager has given his permission for this document to be electronically filed.

**ORDER**

For good cause shown and pursuant to stipulation, the Court hereby modifies its June 2, 2015 Status Order as follows:

Last Day for Expert disclosure: January 12, 2016

Last Day for Supplemental and rebuttal expert disclosure: January 19, 2016

**IT IS SO ORDERED.**

DATED: December 22, 2015

/s/ John A. Mendez
JOHN A. MENDEZ
U. S. District Court Judge